IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERCIA,

    Plaintiff,

v.

TORIANO A. BOHANNA, SR.,

    Defendant.

Case No. 11-CR-30040-SPM

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

    This matter comes before the Court on Defendant Toriano A. Bohanna, Sr.'s *Pro Se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 113) and the United States Sentencing Guidelines Manual § 1B1.10 [hereinafter Guidelines], making Amendment 821 retroactive. Counsel Kim C. Freter filed an entry, but later filed a motion to withdraw advising that Bohanna was not eligible for a sentence reduction. (Docs. 116, 117). Bohanna did not respond.

    Amendment 821 to the Guidelines, related to criminal history, became effective on November 1, 2023. Part A of the amendment addresses status points, decreasing them by one point for individuals with seven or more criminal history points and eliminating status points for those with six or fewer criminal history points. This part of the amendment applies to Bohanna.

    When considering a retroactive Guidelines amendment, the Court must first determine a defendant's eligibility for sentence modification and what, if any, amended Guidelines range would have been applicable to the defendant.

At the time of sentencing, Bohanna's total offense level was 31 and his criminal history category was VI because Bohanna was determined to be a career offender.[1] (Doc. 61). These calculations provided for a sentencing range of between 188 and 235 months. (*Id*.). The Court concurs that while Bohanna may technically qualify under Amendment 821 Part A, even with the one-point reduction he would receive in criminal history points, his criminal history category would remain a category VI and his Guidelines calculation would not change because of his career offender status. As a result, Bohanna is ineligible for any reduction in sentence pursuant to Amendment 821. Counsel Kim C. Freter's Motion to Withdraw as Attorney (Doc. 117) is **GRANTED** and Defendant Toriano A. Bohanna, Sr.'s *Pro Se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 113) is **DENIED**. Additionally, his Motion Appoint Counsel (Doc. 114) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

**DATED:** May 16, 2024

> s/ *Stephen P. McGlynn*
> STEPHEN P. McGLYNN
> **U.S. District Judge**

---

[1] The Guidelines assign all career offenders to category VI.